Opinion by Cline, J. It appeared that the cases and the immediate containers were marked but that the goods themselves were not marked in a conspicuous place, as the marking was placed on the top article only and it was folded under. On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained as to one case.

**No. 42403.**—Protests 967961–G, etc., of Albers Bros. Milling Co. (Seattle).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42404.**—Petition 5758–R of Guy B. Barham Co. (Los Angeles).

Opinion by Cline, J. On the record it was found that there was no intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.

**No. 42405.**—Protest 965310–G of F. B. Vandegrift & Co. (New York).

Opinion by Evans, J. There was no proof to show whether or not the imported product is or is not manufactured. A witness stated that the product is "a waste hair product from textile mills. It is mostly cattle hair." The claim for free entry under paragraph 1688 was therefore overruled.

**No. 42406.**—Protest 932585–G of Scaramelli & Co., Inc. (New York).

Opinion by Evans, J. It appeared that there was a clerical error made in the method of computing the charges and that there should be allowed a legal tare of 2½ percent. *Locatelli* v. *United States* (T. D. 48284) cited. The protest was accordingly sustained.

**No. 42407.**—Petition 5678–R of Butler Bros. (Galveston).

Opinion by Keefe, J. From the evidence it was found that there was no intention to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 42408.**—Petition 5593–R of Maurice Levy (New York).

Opinion by Keefe, J. It appeared that a reappraisement was vigorously prosecuted and that the final decision was in favor of the Government. Under the circumstances it was found that there was no intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.

**No. 42409.**—Petition 5646–R of Maurice Levy (New York).

Opinion by Keefe, J. It appeared that a reappraisement was vigorously prosecuted and that the final decision was in favor of the Government. Under the circumstances it was found that there was no intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.